570 A.2d 975

STATE OF NEW JERSEY v. BARRY DUNN.

November 6, 1989.

Petition for certification denied.

570 A.2d 975

STATE OF NEW JERSEY v. BARRY DUNN.

November 6, 1989.

Petition for certification denied.

570 A.2d 975

STATE OF NEW JERSEY v. JOHN DE ROSA.

November 6, 1989.

Petition for certification denied.

570 A.2d 975

STATE OF NEW JERSEY v. BERNARD GOLD.

November 6, 1989.

Petition for certification denied.

570 A.2d 975

STATE OF NEW JERSEY v. HENRY CAPALDI.

November 6, 1989.

Petition for certification denied.